Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN**,<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| **NICOLE TESTA MEHDIPOUR**, Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v.<br>**AVRUMI LUBIN**, Defendant. | Adv. No. 26-01435-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: November 12, 2026<br>10:00 a.m. |

## NOTICE OF MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

TO: Gary F. Seitz, Esq., Alan R. Crane, Esq., and Jason S. Rigoli, Esq., counsel for Plaintiff, and all parties entitled to notice.

PLEASE TAKE NOTICE that on November 12, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, Defendant Avrumi Lubin, appearing only for himself, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order:

1. Extending the time to file and serve an answer, motion, or other response to the Complaint from October 22, 2026 through November 23, 2026, under Fed. R. Bankr. P. 9006(b)(1)(A) and 7012(a)(1);

2. Confirming the interim extension applicable to this timely motion under D.N.J. LBR 9013-6(a), or alternatively granting an interim extension until the Court decides this motion; and

3. Granting a shorter extension or other limited scheduling relief the Court finds appropriate.

The pretrial conference set for December 3, 2026 at 2:00 p.m. and all other existing deadlines remain unchanged unless the Court separately orders otherwise. This motion does not request a stay of this adversary proceeding or a determination of any claim or defense.

Defendant relies on the accompanying Certification, Exhibits A-C, Memorandum of Law, and proposed order.

**Opposition:** Any opposition must be filed and served by November 5, 2026, seven days before the noticed hearing, under D.N.J. LBR 9013-2(a)(2). Serve Defendant at the postal address above. The Court may change the motion date or direct argument; the docket and subsequent court directions control.

Filing this motion does not itself grant the requested November 23, 2026 deadline. The interim request concerns only the time to respond to this Complaint.

Respectfully submitted,

______________________________

Avrumi Lubin, Defendant, pro se
Dated: October 19, 2026