Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| **NICOLE TESTA MEHDIPOUR**, Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v.<br>**AVRUMI LUBIN**, Defendant. | Adv. No. 26-01435-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: November 12, 2026<br>10:00 a.m. |

# CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF MOTION TO EXTEND TIME

1. I am the Defendant in this adversary proceeding and the debtor in the related Chapter 11 case. I am proceeding pro se. I make this certification from personal knowledge and identify the court records on which I rely.

2. The October 15, 2026 docket report, Exhibit A, records the Complaint filed September 21, 2026 (Adv. Dkt. 1) and summons issued September 22, 2026 (Adv. Dkt. 2). Dkt. 2 states that my answer is due October 22, 2026 and the pretrial conference is December 3, 2026 at 2:00 p.m. This is my first motion for additional response time in this adversary proceeding.

3. On October 15, 2026, the Court entered an Order to Show Cause with temporary restraints in Stanziale v. Lubin, et al., Adv. No. 26-01494-EJO. The entered Order requires opposition to be filed and served by October 20, 2026 at 5:00 p.m. and sets the return date for October 22, 2026 at 10:00 a.m. Exhibit B is that Order. I have been preparing my opposition and request to modify the restraints in that separate proceeding.

4. I need time to review the related record and prepare my response to this Complaint while addressing those immediate obligations. I have contacted prospective counsel about the Trustee's adversary proceeding and am seeking legal assistance for this proceeding. I have not retained counsel to appear for me here. I remain responsible for complying with the Court's deadlines even if counsel is not retained.

5. On October 17, 2026 at 11:09 p.m. Eastern Time, I emailed Plaintiff's counsel requesting consent to extend my response deadline from October 22 to November 23, 2026, without changing the December 3 pretrial conference. Exhibit C reproduces that procedural request, without attachments or a quoted chain.

6. As of approximately 1:34 p.m. Eastern Time on October 19, 2026, no response to that request had been located in my Outlook mailbox. I do not assume consent and will promptly advise the Court of any response or agreement received before or after filing.

7. I request a definite, 32-day extension through November 23, 2026, or a shorter extension the Court finds appropriate. That date is before the December 3 pretrial conference, which I do not ask to move. This motion requests scheduling relief only, not a stay, a merits ruling, or a delay of proceedings in any other court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Avrumi Lubin, Defendant, pro se
Dated: October 19, 2026