Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com

FILED BANKRUPTCY CT NJ
2026 OCT 19 PM4:02:50

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN**,<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| **NICOLE TESTA MEHDIPOUR**, Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v.<br>**AVRUMI LUBIN**, Defendant. | Adv. No. 26-01435-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: November 12, 2026<br>10:00 a.m. |

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND

## I. Authority for a request before the deadline.

Rule 9006(b)(1)(A) permits an extension for cause when requested before the existing period, including a previously extended period, expires. Rule 7012(a)(1) permits the Court to set a different time to answer. This motion seeks relief before October 22, 2026. This is Defendant's first extension motion in this adversary proceeding. The response date is recorded at Adv. Dkt. 2. Exhibit A.

## II. Cause for a definite extension.

The October 15 order in Adv. No. 26-01494 created an October 20 opposition deadline and an October 22 hearing. Exhibit B; Certification paragraph 3. Defendant is self-represented, is seeking legal assistance, and needs time to review the record and prepare a response while meeting those immediate obligations. Certification paragraph 4. Plaintiff's consent has not been obtained. The request remains subject to Plaintiff's response and the Court's assessment of any prejudice.

The requested 32-day period ends on November 23, 2026. It is not indefinite. No merits ruling is requested. No adjournment of the December 3 pretrial is requested. If the requested response extension is too long, Defendant requests a shorter period the Court finds justified. His responsibility to respond does not depend on retaining counsel.

**III. Interim protection and scheduling.**

D.N.J. LBR 9013-6(a) provides an automatic interim extension for a timely extension motion in a Chapter 11 case, unless contrary Bankruptcy Code provisions, Bankruptcy Rules, Local Bankruptcy Rules, or court order apply. Defendant invokes that rule in this related Chapter 11 adversary and requests confirmation, or alternatively an interim extension under Rule 9006(b)(1)(A). If denied and the local rule applies, subsection (b) requires the action by 5:00 p.m. Eastern Time on the third business day after entry, subject to controlling court directions. A consent-request email alone supplies no extension.

Under LBR 9013-6(b), the next available hearing date is determined pursuant to LBR 9013-2. November 12, 2026 at 10:00 a.m. is on Judge O'Hagan's published Chapter 7 and 11 motion calendar. Filing and service by October 21 provide at least the 21 days required by LBR 9013-2(a)(1). The Court may reset the date. No other proceeding is affected.

**IV. Requested relief.**

Defendant requests an order extending the time to file and serve an answer, motion, or other response through November 23, 2026, or a shorter period the Court finds appropriate, with interim protection pending decision. The proposed order leaves other deadlines to separate court direction.

Respectfully submitted,

____________________________________
Avrumi Lubin, Defendant, pro se
Dated: October 19, 2026

# EXHIBIT A

## Docket of Adv. No. 26-01435-EJO as of October 15, 2026 (Adv. Dkts. 1–2)

Printed from the Court's CM/ECF system on October 15, 2026 at 6:26 p.m. Two pages. Adv. Dkt. 2: "Answer due on 10/22/2026"; pretrial conference December 3, 2026 at 2:00 p.m.

**727OBJ**

# U.S. Bankruptcy Court
# District of New Jersey (Trenton)
# Adversary Proceeding #: 26-01435-EJO

*Assigned to:* Bankruptcy Judge Eamonn James O'Hagan
*Lead BK Case:* 26-17342
*Lead BK Title:* Avrumi Lubin
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 09/21/26

*Nature[s] of Suit:* 41 Objection / revocation of discharge - 727(c),(d),(e)
65 Dischargeability - other
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

***Plaintiff***
-----------------------
**Nicole Testa Mehdipour,** ***Chapter 7 Trustee of Excell Auto Group, Inc.***

represented by **Gary Francis Seitz**
Gellert Seitz Busenkell & Brown, LLC
1201 N Orange Street
19801
Wilmington, DE 19801
610-500-4067
Email: gseitz@gsbblaw.com

V.

***Defendant***
-----------------------
**Avrumi Lubin**
1460 Arboretum Parkway
Lakewood, NJ 08701
SSN / ITIN: xxx-xx-4839
***aka*** **JOSH LUBIN**

represented by **Avrumi Lubin**
PRO SE

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 09/21/2026 | 1 (14 pgs; 2 docs) | ☐ | Adversary case 26-01435. Complaint by Nicole Testa Mehdipour against Avrumi Lubin. Fee Amount $ 350..41(Objection/revocation of discharge-727(c)(d),(e)), (65 (Dischargeability - other)) (Attachments: # 1 Summons) (Seitz, Gary)SUIT Modified on 9/22/2026 (mrg). (Entered: 09/21/2026) |
| | | | ☐ 0 Main Document 13 pages 226.94 KB<br>☐ 1 Summons 1 page 194.08 KB |

| | | | |
|---|---|---|---|
| 09/21/2026 | | | Receipt of filing fee for Complaint( 26-01435-EJO) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A50122371, fee amount $ 350.00. (re: Doc#1) (U.S. Treasury) (Entered: 09/21/2026) |
| 09/22/2026 | 2 (7 pgs; 2 docs) | ☐ | Summons Issued to Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc for Service on Avrumi Lubin Answer due on 10/22/2026 Pre-Trial hearing to be held on 12/3/2026 at 02:00 PM at EJO - Courtroom 2, Trenton. (Attachments: # 1 Pre Trial Instructions) (mrg) (Entered: 09/22/2026) |

| | | | |
|---|---|---|---|
| ☐ 0 | Main Document | 1 page | 143.06 KB |
| ☐ 1 | Pre Trial Instructions | 6 pages | 614.05 KB |

View Selected

or

Download Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/15/2026 18:26:40 | | | |
| **PACER Login:** | joshlubin | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-01435-EJO Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Multiple Docs: on All attachments: on Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT B

## Order to Show Cause with Temporary Relief, entered October 15, 2026
## Stanziale v. Lubin, et al., Adv. No. 26-01494-EJO

Complete copy as transmitted by the Trustee's counsel on October 15, 2026. Opposition due October 20, 2026 at 5:00 p.m.; return date October 22, 2026 at 10:00 a.m.

Order Filed on October 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP
Patricia A. Staiano, Esq.
Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 11 Trustee
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
pstaiano@hlgslaw.com

In Re:

AVRUMI LUBIN a/k/a Josh Lubin,

Debtor.

Case No 26-17342 (EJO)

Judge: Eamonn James O'Hagan,
U.S.B.J.

Chapter 11

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,

Plaintiff,

vs.

AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,

Defendants.

Adv. Pro. No. 26-01494 (EJO)

ORDER TO SHOW CAUSE WITH TEMPORARY RELIEF

The relief set forth on the following pages numbered two (2) through five (5) is hereby ORDERED.

**DATED: October 15, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

THIS MATTER having been presented to the Court by way of Verified Complaint (the "Verified Complaint") to extend the captioned Chapter 11 case to the following entities:

- SPIN CAPITAL, LLC ("Spin");
- TETON LIFE, LLC ("Teton Life");
- TETON FUNDING, LLC ("Teton Funding");
- TETON FUNDING GROUP, LLC ("Teton Funding Group"); and
- JL SPECIAL INVESTMENTS, LLC ("JL")

(collectively, the "Subject Entities" and, together with the Debtor, collectively the "Defendants"), and by Application for an Order to Show Cause and for Temporary Relief (the "Application") filed by Benjamin A. Stanziale, Jr., Chapter 11 Trustee (the "Trustee") for Avrumi Lubin, a/k/a Josh Lubin ("Debtor") through his attorneys, Hellring Lindeman Goldstein & Siegal LLP, requesting that the Court:

(A) schedule a final hearing to consider the requested extension of the Chapter 11 Proceedings to the Subject Entities, and

(B) grant the following preliminary injunctive relief, pending further order of this Court;

(1) to stay any litigation or enforcement of judgments against the Subject Entities;

(2) to enjoin the Debtor, and all persons and entities acting in concert with him, from taking actions in the name of the Subject Entities or collect judgments in favor of the Subject Entities, and to confirm that Trustee has the sole authority to act in the stead of the Debtor as to any management and litigation decisions regarding the Subject Entities;

---

(3) to enjoin Defendants and any person acting in concert with them from transferring or disposing of assets of the Subject Entities; and

(4) to direct Defendants to turn over books and records of the Debtor and the Subject Entities to the Trustee or his professionals whose retention is approved by the Court.

NOW, the Court having considered the pleadings and papers submitted in support of the Order to Show Cause, including the Verified Complaint and the Certification of Benjamin A. Stanziale, Jr., and the supporting memorandum of law, and any opposition thereto, and for good and probable cause shown;

It is now ORDERED as follows:

Defendants and any other parties wishing to be heard shall appear before the undersigned United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey (the "Court") at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, N.J. 08608, Courtroom #2 (Zoom optional) on October 22, 2026 at 10:00 o'clock and show cause as to:

(A) why this Court should not enter a scheduling order relative to the Plaintiff's request for final judgment extending the Debtor' s Chapter 11 case to the Subject Entities; and

(B) why the prayed for preliminary injunctive relief should not be granted.

And good and probable cause having been shown, pending further order of this Court it is hereby ORDERED that

(1) any litigation or enforcement of judgments against the Subject Entities is hereby STAYED;

---

(2) the Debtor, and all persons and entities acting in concert with him, are ENJOINED from taking actions in the name of the Subject Entities or to collect judgments in favor of the Subject Entities, and it is further CONFIRMED that the Trustee has the sole authority to act in the stead of the Debtor as to any management and litigation decisions regarding the Subject Entities;

(3) Defendants and any person or entity acting in concert with them are ENJOINED from transferring or disposing of assets of the Subject Entities; and

(4) Defendants ARE DIRECTED AND ENJOINED TO turnover of books and records of the Debtor and the Subject Entities to the Trustee or his professionals whose retention is approved by the Court.

A copy of the within Order to Show Cause, Verified Complaint, Application for the Entry of an Order to Show Cause, Certification of Benjamin A. Stanziale, Jr., and Memorandum of Law in support shall be served upon the Debtor, his attorney in this bankruptcy proceeding (if any), and the other Defendants and their registered agents or managing members, by overnight mail and e-mail, where available. Copies of the pleadings shall also be served by e-mail upon Rachel Wolf, A.U.S.T. rachel.wolf@usdoj.gov, counsel for the Office of the United States Trustee, Gavriel Yitzchakov (co-owner of Teton Life) or his counsel, and all creditors or parties in interest that have filed a notice of appearance in this case.

This Order to Show Cause shall constitute original process in this adversary proceeding in lieu of a Summons.

---

Defendants and any persons or entities wishing to oppose the relief sought shall file on the docket of this adversary proceeding and serve papers upon counsel to the Trustee in opposition on or before October 20, 2026 by 5 p.m.

Any reply to such opposition shall be filed on the docket of this adversary proceeding and served by October 21, 2026 by 5 p.m.

On the return date of this Order to Show Cause, the Court shall conduct a hearing, during which it will hear oral argument and consider any and all pleadings and papers filed in support of or in opposition to the Application, and in its discretion, entertain the testimony of witnesses on behalf of the parties, upon the request of any such party.

The Defendants may move for dissolution of the restraints and other interim relief imposed by this Order to Show Cause on two (2) days' written notice to the Trustee and in accordance with Fed.R.Bankr.P. 7065.

# EXHIBIT C

## October 17, 2026 request for consent to extend response time

Reproduced from the sent Outlook message. Newest message only; no attachments or quoted correspondence. Whitespace normalized; message text unchanged.

From: Josh Lubin <josh@tetonfunding.com>
Sent: Saturday, October 17, 2026, 11:09 PM Eastern Time
To: gseitz@gsbblaw.com; Jason.Rigoli@gray-robinson.com; Alan.Crane@gray-robinson.com
Cc: Yesenia.FernandezVivas@gray-robinson.com
Subject: Mehdipour v. Lubin, Adv. No. 26-01435 (EJO) - request for consent to extend my time to respond to the complaint (Oct. 22 to Nov. 23)

Gary, Jason and Alan,

My answer or motion in response to the complaint in Adv. No. 26-01435 is due Thursday, October 22, 2026. I am asking whether the Trustee will consent to extending that date to Monday, November 23, 2026. The December 3 pretrial conference would not move.

The reason is timing. The Chapter 11 Trustee's Order to Show Cause in Adv. No. 26-01494 is returnable on October 22, and my opposition to it is due October 20. My responses in two other adversary proceedings are due the same week. I am also seeking counsel.

Please let me know by 12:00 p.m. on Monday, October 19. If the Trustee consents, I will submit a consent order or note the consent in my motion, whichever you prefer. If I do not hear back by then, I will file a motion on Monday, October 19, noticed for November 12, 2026 at 10:00 a.m.

This request is only about my answer date in this New Jersey adversary proceeding. It is not consent to any delay of the post-trial briefing or the ruling in Adv. No. 23-01132-EPK. My October 15 email about a settlement call still stands.

Thank you,

Josh Lubin
732-608-4905
josh@tetonfunding.com