UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

Case No.: 26-17342-EJO

Adv. No.: 26-01435-EJO

In Re:
AVRUMI LUBIN, Debtor.
Chapter 11

Hearing Date: 11/12/2026, 10:00 a.m.

Judge: Eamonn J. O'Hagan

NICOLE TESTA MEHDIPOUR, Chapter 7
Trustee of Excell Auto Group, Inc.

Plaintiff(s)

v.
AVRUMI LUBIN

Defendant(s)

**ORDER**
EXTENDING TIME TO RESPOND TO COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

# ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon Defendant Avrumi Lubin's motion, Certification and exhibits, and any opposition; and for cause under Fed. R. Bankr. P. 9006(b)(1)(A) and 7012(a)(1), it is ORDERED:

1. Defendant's time to file and serve an answer, motion, or other response to the Complaint is extended through and including November 23, 2026.

2. The response deadline is deemed extended from October 22, 2026 through entry of this Order pending determination of the timely extension motion. Paragraph 1 governs the response date after entry.

3. This Order does not adjourn the pretrial conference, stay this adversary proceeding, or change any other deadline or obligation. The pretrial conference set for December 3, 2026 at 2:00 p.m. remains operative unless separately changed by the Court.

4. This Order determines scheduling only. It makes no determination of the merits of any claim, defense, objection, or other substantive right.

5. Defendant shall promptly serve this Order on Plaintiff's counsel and any party requiring non-electronic notice, and file proof of service.