UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

FILED:BANKRUPTCY:NJ
2026 OCT 19 PM4:10:55

In Re:

Avrumi Lubin, Debtor.
Nicole Testa Mehdipour v. Avrumi Lubin

Case No.: 26-17342-EJO

Chapter: 11

Adv. No.: 26-01435-EJO

Hearing Date: 11/12/2026, 10:00 a.m

Judge: Eamonn J. O'Hagan

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

   ☐ represent ______________________ in this matter.

   ☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

   ☒ am the defendant in this case and am representing myself.

2. On October 19, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of motion to extend response time; Certification of Avrumi Lubin; Memorandum of Law; Exhibits A-C; and proposed order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 19, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Counsel of record for Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan R. Crane, Esq.<br>Jason S. Rigoli, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431 | Courtesy copy to Plaintiff's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee Rules 9034(j) and 5005(b) copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |