UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jason S. Rigoli, Esq. (admitted pro hac vice)
GrayRobinson, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008
E-Mail: jason.rigoli@gray-robinson.com
*Co-Counsel for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

— and —

Gary F. Seitz, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5580
E-Mail: gseitz@gsbblaw.com
*Local Counsel for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-17342-EJO |
| NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee for the estate of Excell Auto Group, Inc.<br><br>Plaintiff,<br>v.<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br>Defendant. | Adv. Pro. No. 26-01435-EJO |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that JASON S. RIGOLI and the law firm of GRAYROBINSON, P.A., appear as counsel in this bankruptcy proceeding for Plaintiff, NICOLE TESTA MEHDIPOUR, CHAPTER 7 TRUSTEE OF EXCELL AUTO GROUP, INC. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

JASON S. RIGOLI, ESQ.
GRAYROBINSON, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008
E-Mail: jason.rigoli@gray-robinson.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this adversary be given to and served upon the undersigned at the address provided.

Dated this 22nd day of October 2026

GRAYROBINSON, P.A.
*Attorney for Nicole Testa Mehdipour,*
*Chapter 7 Trustee on Excell Auto Group, Inc.*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008

By: */s/ Jason S. Rigoli*
JASON S. RIGOLI, ESQ.
Florida Bar No.: 91990
E-Mail: jason.rigoli@gray-robinson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2026, the foregoing Notice of Appearance and Request for Service of Documents was filed electronically with the Clerk of the Court using CM/ECF, which will serve a notice of electronic filing on all parties registered to receive such notice in this case, and that a Local Form Certification of Service will be filed as required by D.N.J. LBR 2002-1(a).

By: */s/ Jason S. Rigoli*
Jason S. Rigoli