November 11, 2026

**VIA CM/ECF**

Honorable Eamonn James O'Hagan
United States Bankruptcy Judge
United States Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street Trenton, NJ 08608

**Re:** *Nicole Tesa Mehdipour, as Chapter 7 Trustee of Excell Auto Group, Inc. v. Avrumi Lubin*, Adv. Pro. No. 26-01435 (EJO) *In re Avrumi Lubin*, Case No. 26-17342 (EJO)
**Defendant's Motion to Extend Time to Respond to the Complaint [Adv. Doc. No. 3]**

Dear Judge O'Hagan:

This firm is counsel to Plaintiff Nicole Tesa Mehdipour, in her capacity as Chapter 7 Trustee of Excell Auto Group, Inc. (the "Plaintiff"), in the above-referenced adversary proceeding. We write regarding the *Motion to Extend Time to Respond to the Complaint* filed by Defendant Avrumi Lubin on October 19, 2026 [Adv. Doc. No. 3] (the "Motion").

Plaintiff has reviewed the Motion and consents to the relief requested. Plaintiff has no objection to entry of the proposed form of order submitted with the Motion [Adv. Doc. No. 3-3], extending Defendant's deadline to answer or otherwise respond to the Complaint to November 23, 2026.

In light of Plaintiff's consent, we respectfully request that the Court enter the proposed order without the need for a hearing, if the Court deems it appropriate.

Plaintiff's consent is limited to the extension of Defendant's response deadline. Plaintiff reserves all rights, claims, and remedies in this adversary proceeding and in the underlying bankruptcy case, including with respect to any further extension request.

We thank the Court for its consideration and are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

GELLERT SEITZ BUSENKELL & BROWN, LLC

Gary F. Seitz [DE Atty ID 4457] [PA 52865] [NJ 050041988]
gseitz@gsbblaw.com/s/ Gary F. Seitz
*Counsel to Plaintiff Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.*

cc (via CM/ECF and email): Avrumi Lubin, Defendant josh@tetonfunding.com