**Order Filed on November 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN A/K/A JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Eamonn J. O'Hagan |
| NICOLE TESTA MEHDIPOUR,<br><br>Plaintiff,<br>v.<br>AVRUMI LUBIN,<br>Defendant. | Adv. Pro. No.: 26-01435-EJO |

**ORDER EXTENDING RESPONSE DEADLINE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: November 12, 2026**

Eamonn O'Hagan
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon consideration of the Motion Extend Time re: To Respond to the Complaint [ECF No. 3] filed by Avrumi Lubin (the "Defendant"), acting *pro se*, together with the response filed thereto on behalf of Nicole Testa Mehdipour (the "Plaintiff") by Gary Francis Seitz, Esquire, [ECF No. 5] and for good cause shown at the hearing conducted on November 12, 2026;

It is HEREBY ORDERED that:

1. The final deadline to respond to the Complaint is extended to December 11, 2026.
2. No further extensions will be granted.