UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Avrumi Lubin, individually and pro se<br>605 West 42nd Street<br>New York, NY 10036<br>(718) 570-3796 \| josh@tetonfunding.com | Case No. 26-17342 (EJO)<br>Chapter 11<br>**Adv. No. 26-01435 (EJO)**<br>Hon. Eamonn J. O'Hagan<br>Motion hearing: December 3, 2026<br>10:00 a.m. (as noticed) |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br><br>NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v. AVRUMI LUBIN, Defendant. | |

## SUPPLEMENTAL CERTIFICATION REGARDING NOVEMBER 12, 2026 EXTENSION HEARING

I, Avrumi Lubin, certify from personal knowledge:

1. I participated in the November 12, 2026 hearing on my original motion to extend time to respond to the complaint (ECF No. 3). This certification reports my recollection of that hearing.

2. The Court stated that my response deadline was extended through December 11, 2026, and that it was not inclined to grant an extension beyond that date. I told the Court that I intended to file additional papers and wished to preserve my ability to seek further time. I did not explain the specific grounds of my supplemental motion. The Court stated that its minutes would reflect the December 11 extension.

3. Before the hearing, Plaintiff's counsel emailed that Plaintiff could agree to December 11, 2026. I had already mailed my supplemental motion seeking February 1, 2027, with alternative relief, but had not filed it when the hearing occurred.

4. This certification updates the procedural history in the served motion papers: ECF No. 3 has now been heard and a December 11 extension announced. References to that hearing as upcoming, that motion as still awaiting decision, and Plaintiff consenting only to November 23 are superseded by this update.

5. I continue to request consideration of the further extension and alternative relief stated in the supplemental motion. I do not claim that today's ruling granted that relief or expressly preserved a future extension. I understand December 11, 2026 to be the response deadline unless the Court provides otherwise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026

Avrumi Lubin, individually and pro se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Avrumi Lubin, individually and pro se<br>605 West 42nd Street<br>New York, NY 10036<br>(718) 570-3796 \| josh@tetonfunding.com | Case No. 26-17342 (EJO)<br>Chapter 11<br>**Adv. No. 26-01435 (EJO)**<br>Hon. Eamonn J. O'Hagan<br>Motion hearing: December 3, 2026<br>10:00 a.m. (as noticed) |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br><br>NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v. AVRUMI LUBIN, Defendant. | |

## CERTIFICATION OF SERVICE
## NOVEMBER 12, 2026 SUPPLEMENTAL CERTIFICATION

I, Avrumi Lubin, am the defendant and represent myself. On **November 12, 2026**, I served a true copy of the one-page **Supplemental Certification Regarding November 12, 2026 Extension Hearing** by depositing it in the United States mail, First-Class, postage prepaid, addressed to each recipient below:

Gary F. Seitz, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
*Plaintiff's counsel*

Jason S. Rigoli, Esq. / Alan R. Crane, Esq.
GrayRobinson, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
*Plaintiff's counsel*

Nicole Testa Mehdipour
Ch. 7 Trustee of Excell Auto Group, Inc.
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
*Plaintiff / Excell Chapter 7 Trustee*

Office of the United States Trustee
Attn: Rachel Wolf, Esq.
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102
*United States Trustee*

Benjamin A. Stanziale, Jr.
Chapter 11 Trustee
2839 Route 10, Suite 102
Morris Plains, NJ 07950
*Lubin's Chapter 11 Trustee*

Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway, Suite 403
Roseland, NJ 07068
*Counsel to Lubin's Chapter 11 Trustee*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026

______________________________
Avrumi Lubin, individually and pro se