**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

<table>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, pro se<br>Defendant, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com</td><td>Case No.: 26-17342 (EJO)<br>Chapter: 11<br>Adv. Pro. No.: 26-01435 (EJO)<br>Hearing Date: December 3, 2026, at 10:00 a.m.<br>Judge: Hon. Eamonn J. O'Hagan</td></tr>
<tr><td colspan="2">In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.</td></tr>
<tr><td>NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., Plaintiff,<br>v. AVRUMI LUBIN, Defendant.</td><td>Adv. Pro. No. 26-01435 (EJO)</td></tr>
</table>

## NOTICE OF SUPPLEMENTAL MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT THROUGH FEBRUARY 1, 2027

PLEASE TAKE NOTICE that on **December 3, 2026, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Avrumi Lubin, the defendant, appearing individually and pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order under Fed. R. Bankr. P. 9006(b)(1), 7012 and 7016:

1. extending Lubin's time to answer or otherwise respond to the complaint (ECF No. 1) through February 1, 2027, whether or not the Court grants Lubin's separate motion for a finite stay of merits proceedings; or
2. in the alternative, if the Court requires an earlier answer, setting February 1, 2027 as Lubin's deadline to move for leave to assert any counterclaim, with the proposed pleading and redline required by D.N.J. LBR 7015-1(a); or granting such other date as the Court finds reasonable.

PLEASE TAKE FURTHER NOTICE that this motion supplements, and does not withdraw, Lubin's pending motion to extend his time to respond through November 23, 2026 (ECF No. 3), which is scheduled for hearing on November 12, 2026, at 10:00 a.m. The plaintiff did not object to November 23, 2026, but has not agreed to any later date. Lubin asks the Court, when it decides ECF No. 3, to state the response deadline that applies while this supplemental motion is pending. See D.N.J. LBR 9013-6.

PLEASE TAKE FURTHER NOTICE that this motion seeks time only. It does not ask for permission to sue the plaintiff or her counsel, for a ruling on who owns any claim, or for tolling of any limitation period.

PLEASE TAKE FURTHER NOTICE that Lubin relies on the accompanying Certification of Avrumi Lubin, with Exhibits E-1, E-2 and E-3, and Memorandum of Law. A proposed order is submitted.

PLEASE TAKE FURTHER NOTICE that any opposition must be filed and served not later than 7 days before the hearing date. D.N.J. LBR 9013-2(a)(2). For the December 3, 2026 hearing, that is Wednesday, November 25, 2026, because November 26 is Thanksgiving Day. See Fed. R. Bankr. P. 9006(a). Unless opposition is filed, the motion will be decided without oral argument. D.N.J. LBR 9013-3(d)(1). A copy of this motion is being served on the Office of the United States Trustee.

Dated: November 11, 2026

Respectfully submitted,

______________________________

Avrumi Lubin, individually and pro se
605 West 42nd Street, New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

**PACKET INDEX - MOTION B: EXCELL EXTENSION**

Packet pages below include exhibit covers. Original source pagination is unchanged.


| | |
|---|---|
| Notice of Motion | 1-2 |
| Certification of Avrumi Lubin | 3-5 |
| Exhibit E-1 - Rigoli / Lubin emails, November 5-10, 2026 | 6-8 |
| Exhibit E-2 - November 9, 2026 email to the Trustee | 9-10 |
| Exhibit E-3 - Florida briefing-extension order, ECF 500 | 11-14 |
| Memorandum of Law | 15-17 |
| Proposed Order (unsigned) | 18-19 |