**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>Defendant, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br>Adv. No.: 26-01435 (EJO)<br>Hearing Date: December 3, 2026, at 10:00 a.m.<br>Judge: Eamonn J. O'Hagan |
| In Re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., *Plaintiff*, v. AVRUMI LUBIN, *Defendant*. (Adv. No. 26-01435 (EJO)) | |

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT THROUGH FEBRUARY 1, 2027

The relief set forth on the following page, numbered two (2), is ORDERED.

Debtor: AVRUMI LUBIN a/k/a Josh Lubin
Case No.: 26-17342 (EJO)
Adv. Pro. No.: 26-01435 (EJO)
Caption of Order: ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT THROUGH FEBRUARY 1, 2027

THIS MATTER having come before the Court on the supplemental motion of defendant Avrumi Lubin (the "Motion") to extend his time to answer or otherwise respond to the complaint; the Court having considered the Motion, the supporting papers and any opposition; and good cause appearing, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The time for Avrumi Lubin to answer or otherwise respond to the complaint (ECF No. 1) is extended through **February 1, 2027**. This date applies whether or not the Court grants Lubin's separate motion for a stay of merits proceedings.

3. This Order resolves the time requested in Lubin's earlier motion (ECF No. 3) to the extent that motion has not already been decided.

4. This Order makes no ruling on the ownership, merits, compulsory status or timeliness of any potential counterclaim, and grants no leave to sue the plaintiff or any professional in another forum, no relief from any stay in another case, no joinder, and no permission for any person to represent a company without counsel. Any motion to amend shall comply with Fed. R. Civ. P. 15 and D.N.J. LBR 7015-1.

5. This Order does not toll any statute of limitation or repose, alter any claim bar date, guarantee relation back, or bind any nonparty. Other schedules remain unchanged unless separately ordered.