**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>Defendant, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br>Chapter: 11<br>Adv. Pro. Nos.: 26-01315 (EJO), 26-01339 (EJO) and 26-01435 (EJO)<br>Hearing Date: December 3, 2026, at 10:00 a.m.<br>Judge: Hon. Eamonn J. O'Hagan |
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | |
| FVP SERVICING, LLC; FVP OPPORTUNITY FUND III, LP; and FVP INVESTMENTS LLC, *Plaintiffs*,<br>v. AVRUMI LUBIN, *Defendant.* | Adv. Pro. No. 26-01315 (EJO) |
| FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC, *Plaintiffs*,<br>v. AVRUMI LUBIN, *Defendant.* | Adv. Pro. No. 26-01339 (EJO) |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., *Plaintiff*,<br>v. AVRUMI LUBIN, *Defendant.* | Adv. Pro. No. 26-01435 (EJO) |

# NOTICE OF MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS FOR DISCOVERY, PRETRIAL PROCEEDINGS AND JOINT TRIAL OF COMMON ISSUES

PLEASE TAKE NOTICE that on **December 3, 2026, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Avrumi Lubin, the debtor and the defendant in each of the above-captioned adversary proceedings, appearing individually and pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order under Fed. R. Bankr. P. 7042 and 7016 and Fed. R. Civ. P. 42(a):

1. consolidating Adversary Proceeding Nos. 26-01315, 26-01339 and 26-01435 for discovery and pretrial proceedings and for a joint trial of their common issues, with Adversary Proceeding No. 26-01315 as the lead proceeding for case-management purposes;
2. providing that each proceeding keeps its own parties, pleadings, claims, defenses and judgment, and that distinct issues may be tried separately;

3. coordinating discovery, including joint examinations of common witnesses where practical; and

4. as separate and severable relief, directing each plaintiff to serve a short statement identifying any agreements among the plaintiffs concerning the prosecution of claims against Lubin or the sharing of recoveries, and the amounts it has actually received and credited toward the debt it asserts in these proceedings, subject to specific objections based on privilege or other protection.

PLEASE TAKE FURTHER NOTICE that Lubin relies on the accompanying Certification of Avrumi Lubin, with Exhibits A through D, and Memorandum of Law. A proposed order is submitted. The same papers are being filed in each of the three adversary proceedings.

PLEASE TAKE FURTHER NOTICE that this motion does not by itself change any deadline or ask for a stay. Lubin has separately moved, for the same hearing date, for a finite stay of merits proceedings and for coordinated pleading dates. That motion asks for relief whether this motion is granted, denied or deferred.

PLEASE TAKE FURTHER NOTICE that any opposition must be filed and served not later than 7 days before the hearing date. D.N.J. LBR 9013-2(a)(2). For the December 3, 2026 hearing, that is Wednesday, November 25, 2026, because November 26 is Thanksgiving Day. See Fed. R. Bankr. P. 9006(a). Unless opposition is filed, the motion will be decided without oral argument. D.N.J. LBR 9013-3(d)(1). A copy of this motion is being served on the Office of the United States Trustee.

Dated: November 11, 2026
Respectfully submitted,

Avrumi Lubin, individually and pro se
605 West 42nd Street, New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

**PACKET INDEX - MOTION A: CONSOLIDATION**

Packet pages below include exhibit covers. Original source pagination is unchanged.


| | |
|---|---|
| Notice of Motion | 1-2 |
| Certification of Avrumi Lubin | 3-8 |
| Exhibit A - Franklin / Excell Trustee common-interest agreement | 9-13 |
| Exhibit B - April 22, 2022 hearing excerpts | 14-20 |
| Exhibit C - August 13, 2025 hearing excerpts | 21-28 |
| Exhibit D - AWB registry-funds order, ECF 965 | 29-32 |
| Memorandum of Law | 33-39 |
| Proposed Order (unsigned) | 40-42 |