**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>Defendant, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br>Adv. No.: 26-01315 (EJO), 26-01339 (EJO), 26-01435 (EJO)<br>Hearing Date: December 3, 2026, at 10:00 a.m.<br>Judge: Eamonn J. O'Hagan |
| In Re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | |

FVP SERVICING, LLC; FVP OPPORTUNITY FUND III, LP; and FVP INVESTMENTS LLC, *Plaintiffs*, v. AVRUMI LUBIN, *Defendant*. (Adv. No. 26-01315 (EJO))
FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC, *Plaintiffs*, v. AVRUMI LUBIN, *Defendant*. (Adv. No. 26-01339 (EJO))
NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., *Plaintiff*, v. AVRUMI LUBIN, *Defendant*. (Adv. No. 26-01435 (EJO))

## ORDER CONSOLIDATING ADVERSARY PROCEEDINGS FOR DISCOVERY, PRETRIAL PROCEEDINGS AND JOINT TRIAL OF COMMON ISSUES

The relief set forth on the following pages, numbered two (2) through three (3), is ORDERED.

Debtor: AVRUMI LUBIN a/k/a Josh Lubin
Case No.: 26-17342 (EJO)
Adv. Pro. No.: 26-01315 (EJO), 26-01339 (EJO), 26-01435 (EJO)
Caption of Order: ORDER CONSOLIDATING ADVERSARY PROCEEDINGS FOR DISCOVERY, PRETRIAL PROCEEDINGS AND JOINT TRIAL OF COMMON ISSUES

THIS MATTER having come before the Court on the motion of Avrumi Lubin (the "Motion") to consolidate Adversary Proceeding Nos. 26-01315, 26-01339 and 26-01435; the Court having considered the Motion, the supporting papers and any opposition; and good cause appearing, it is hereby ORDERED that:

1. The Motion is GRANTED to the extent set forth in this Order.

2. Adversary Proceeding Nos. 26-01315, 26-01339 and 26-01435 are consolidated under Fed. R. Civ. P. 42(a), made applicable by Fed. R. Bankr. P. 7042, for discovery and pretrial proceedings and for a joint trial of their common issues. Adversary Proceeding No. 26-01315 is the lead proceeding for case-management purposes.

3. Each proceeding retains its separate parties, pleadings, claims, defenses and judgment. A party to one proceeding does not become a party to another by reason of this Order. This Order is not a substantive consolidation of any estate or entity. Any party may seek a separate trial of any issue or claim under Fed. R. Civ. P. 42(b).

4. Until the Court directs otherwise, papers that concern more than one proceeding shall bear the captions of the affected proceedings, shall be filed in each affected proceeding, and shall be served on the parties to each. Papers that concern only one proceeding shall be filed only in that proceeding. The Clerk shall docket this Order in each of the three proceedings.

5. The parties shall coordinate discovery. Common discovery requests shall be served once on all parties to the affected proceedings and answered once, with actual service on each affected party. Objections, privileges, protective orders, the use of discovery under Fed. R. Civ. P. 32, and admissibility are preserved.

6. Where practical, Lubin and other common witnesses shall be examined once, jointly, on notice to all parties, and the parties shall avoid repetitive questioning. This paragraph does not bar a necessary additional examination or impose a fixed overall time limit; any party may seek additional time or a separate examination for good cause.

7. Within 21 days after entry of this Order, each plaintiff shall serve on Lubin and the other plaintiffs a short statement that (a) identifies by date and parties any agreement among the plaintiffs concerning the prosecution of claims against Lubin or the allocation or sharing of recoveries on the debts asserted in these proceedings; and (b) states the amounts that plaintiff has actually received and credited toward the debt it asserts here, including any share of the funds

Debtor: AVRUMI LUBIN a/k/a Josh Lubin
Case No.: 26-17342 (EJO)
Adv. Pro. No.: 26-01315 (EJO), 26-01339 (EJO), 26-01435 (EJO)
Caption of Order: ORDER CONSOLIDATING ADVERSARY PROCEEDINGS FOR DISCOVERY, PRETRIAL PROCEEDINGS AND JOINT TRIAL OF COMMON ISSUES

directed to be disbursed by the order entered August 27, 2025 in *In re Auto Wholesale of Boca, LLC,* No. 22-15627-EPK (Bankr. S.D. Fla.), ECF No. 965, distinguishing amounts actually received from amounts expected and identifying any dispute about allocation. This paragraph does not require disclosure of privileged legal advice or settlement communications. A plaintiff that withholds information on the ground of privilege or other protection shall identify the objection without revealing the protected content and, if the objection is not resolved, shall promptly seek a ruling. This paragraph is severable from the rest of this Order.

8. This Order does not by itself change any pleading, disclosure, discovery, motion or appearance deadline. Any stay or extension is governed by the order deciding that request. Pretrial conferences scheduled in each proceeding remain scheduled unless the Court orders otherwise.

9. This Order makes no ruling on the merits of any claim or defense, the preclusive effect of any judgment or order, the ownership of any claim, the scope or effect of any assignment or other order, the availability of any claim under 11 U.S.C. § 727 in this case, or consent to entry of final orders or judgment. This Order does not revive any waived right, toll any limitation period, or authorize any person to prosecute a claim belonging to another person.