# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Avrumi Lubin<br>Debtor | Case No.: 26-17342 |
| Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc.<br>Plaintiff | Chapter: 11 |
| v. | Adv. Pro. No.: 26-01435 |
| Avrumi Lubin<br>Defendant | Judge: O'Hagan |

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned.

**Matter**: Pretrial Conference

**Current date and time**: December 3, 2026 at 2pm

**New date and time**: **December 17, 2026 at 2pm**

**Additional Notes**:

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  https://www.njb.uscourts.gov/content/honorable-eamonn-ohagan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No. ____

**Court Appearances**:

- (●) Required by Zoom
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required